**Order filed October 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00477-CV
_____

## CHRISTOPHER BRANCH, Appellant

## V.

## FORT BEND COUNTY, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-253619**

## ORDER

This appeal is from a judgment signed May 16, 2019. Appellant filed a notice of appeal June 14, 2019. The clerk's record was due October 14, 2019, but it has not been filed. On October 16, 2019, the district clerk filed a notice advising this court that appellant has not made arrangements to pay for the clerk's record. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court

Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a).

On July 9, 2019 the District Court Clerk filed a contest to appellant's Statement of Inability. As far as our record shows, no hearing has been held on that contest. Because appellant filed a Statement of Inability, he is deemed indigent unless and until the trial court issues an order directing him to pay in compliance with rule 145. *See Abrigo v. Ginez,* 580 S.W.3d 416, 419 (Tex. App.—Houston [14th Dist.] June 25, 2019, no pet. h.). Appellant has not been ordered to pay costs pursuant to rule 145.

Accordingly, the Fort Bend County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.